# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSE LUIS VILLAGOMEZ,<br><br>Defendant. | Case No.: 23-cr-02043-W<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE AND EXCLUDE TIME** |

After consideration of the Joint Motion to Continue and Exclude time, the Court finds good cause to **GRANT** the motion. It is hereby **ORDERED** as follows:

1. The Motion Setting currently scheduled for October 16, 2023 is hereby vacated. A Status Hearing is set for November 6, 2023 at 9:00 a.m.

2. The time between the filing of the Joint Motion to Continue and Exclude Time through the date of the new hearing is excludable for purposes of calculating time under 18 U.S.C. § 3161(c).

**IT IS SO ORDERED.**

DATED: 10/11/23

HON. THOMAS J. WHELAN
UNITED STATES DISTRICT JUDGE

-1-
ORDER GRANTING JOINT MOTION TO CONTINUE AND EXCLUDE TIME